PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.                            Crim. No.   11-CR-20316-01

DAVID BERNHARDT

On October 21, 2011, the above-named was placed on Probation for a period of two years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

s/Mark Burchell
U.S. Probation Officer Assistant
313-234-5478

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   27th   day of   November  , 20 12  .

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge